IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | : | CIVIL ACTION |
| MATTHEW CESTRA, et al. | : | NO. 14-01842 |
| | : | |
| v. | : | |
| | : | |
| CEPHALON, INC., et al. | : | |

## ORDER

AND NOW, this 9th day of October, 2014, upon consideration of the motion to dismiss by defendant Cephalon, Inc. (Dkt. Nos. 1-41) and plaintiff's response (Dkt. No. 1-49), and consistent with the accompanying memorandum of law, it is ordered that Cephalon's motion is GRANTED and plaintiff's Fentora claims are DISMISSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.